WO

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Piero A. Bugoni, ) | No. CV-04-01345-PHX-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Coffman, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court has before it plaintiff Piero Bugoni's "Preliminary Response to Defense Second Motion for Summary Judgment and Counter-Motion to Strike" (docs. 76 & 77).

Plaintiff moves to strike defendants' motion for summary judgment (doc. 69) because they did not move for leave to file such a motion as we requested during a scheduling conference held on June 25, 2009 (doc. 54). In our scheduling order of March 8, 2010 (doc. 75), we directed plaintiff to "file a response to Defendants' Motion for Summary Judgment, together with a separate Statement of Facts and supporting affidavits or other appropriate exhibits, no later than March 29, 2010." To the extent that our order was ambiguous,

**IT IS ORDERED GRANTING** defendants leave to file their motion for summary judgment (doc. 69).

**IT IS FURTHER ORDERED DENYING** plaintiff's counter-motion to strike (doc. 77). Pursuant to our scheduling order (doc. 75), plaintiff shall respond to defendants' motion no later than March 29, 2010.

DATED this 15th day of March, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge